UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Food Market Merchandising, Inc.,

Plaintiff,

v.

Albertson's, Inc.,

Defendant.

Civil 00-1184 DDA/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Aug 10, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

AUG 11 2000

FILED ____________________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Please use

new case number

CV 00-1184 DDA/JMM