UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Food Market Merchandising, Inc.,

Plaintiff,

vs.

Albertsons, Inc.,

Defendant.

---

Civil Case No. 00-1184 DDA/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The parties stipulate, by and through their undersigned counsel, that the above-entitled action is hereby dismissed on its merits and with prejudice, but without costs to either party. The Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action of record.

Dated: 3-27-01

**THOMAS A. FOSTER & ASSOCIATES, LTD.**

Thomas A. Foster, Esq.
Attorneys for Plaintiff
80 South Eighth Street
1840 IDS Center
Minneapolis, MN 55402
(612) 399-9893

Dated: 3-23-01

**KRASS MONROE, P.A.**

John Harper III/No. 41397
Attorneys for Defendant
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447
(952) 885-5999

FILED APR 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER FOR DISMISSAL**

Pursuant to Stipulation of the parties, it is hereby ordered that the above-entitled action is hereby dismissed with prejudice and without costs to either party.

Dated: April 16, 2001

**BY THE COURT**

Judge of United States District Court

\\PDC\VOL2\WPDATA\A\ALBERTSON'S\01-FOOD MARKET\PLDGS\STIP OF DISMISSAL AND ORDER.DOC